**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BETH BERAROV and ANNELISA BINDRA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs/Class Representatives,<br><br>v.<br><br>ARCHER-DANIELS-MIDLAND COMPANY, and ADM ALLIANCE NUTRITION, INC.,<br><br>    Defendants. | Case No. 1:16-cv-07355<br><br>Hon. Jorge L. Alonso |

**ADM'S COMBINED MOTION TO DISMISS PLAINTIFFS' COMPLAINT
UNDER RULES 12(b)(6) AND 12(c)
AND MOTION TO STRIKE CLASS ALLEGATIONS UNDER RULE 12(f)**

Defendants Archer-Daniels-Midland Company and ADM Alliance Nutrition, Inc. respectfully move this Court to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(6) and 12(c). Additionally, we move to strike the class allegations in the Complaint under Rule 12(f). This motion is supported with a memorandum of law, also filed today.

Dated: September 12, 2016

Respectfully submitted,
WINSTON & STRAWN LLP

By: s/ Stephen V. D'Amore

Stephen V. D'Amore
Patrick R. O'Meara
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Facsimile: (312) 558-5700
Email: sdamore@winston.com
Email: pomeara@winston.com

Andrew C. Nichols
(*pro hac vice* pending)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Phone: (202) 282-5000
Facsimile: (202) 282-5100
Email: anichols@winston.com

*Counsel for Defendants Archer-Daniels-Midland Company and ADM Alliance Nutrition, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2016, I caused the foregoing to be served by filing the document on the Court's CM/ECF system, which will notify the following of the filing:

Patrick Muench (ILSB #6290298)
Email: pmuench@baileyglasser.com
BAILEY & GLASSER, LLP
3930 N. Lowell Avenue
Chicago, IL 60641
Telephone: 217-528-1177, Ext. 1404
Fax: 217-528-1198

John W. Barrett
Email: jbarrett@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110

                                            By:     s/ Stephen V. D'Amore

                                            Stephen V. D'Amore
                                            Patrick R. O'Meara
                                            WINSTON & STRAWN LLP
                                            35 West Wacker Drive
                                            Chicago, IL  60601
                                            Phone: (312) 558-5600
                                            Facsimile: (312) 558-5700
                                            Email: sdamore@winston.com
                                            Email: pomeara@winston.com

                                            Andrew C. Nichols
                                            (*pro hac vice* pending)
                                            WINSTON & STRAWN LLP
                                            1700 K Street, N.W.
                                            Washington, DC  20006
                                            Phone:  (202) 282-5000
                                            Facsimile:  (202) 282-5100
                                            Email:  anichols@winston.com

                                            *Counsel for Defendants Archer-Daniels-Midland*
                                            *Company, and ADM Alliance Nutrition, Inc.*