# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

BETH BERAROV and ANNELISA BINDRA,
Individually, and on behalf of all others similarly situated,

    Plaintiffs/Class Representatives,

v.                                               No. 1:16-CV-07355
                                                    Hon. Jorge L. Alonso

ARCHER-DANIELS-MIDLAND COMPANY, and
ADM ALLIANCE NUTRITION, INC.,

    Defendants.

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday January 25, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jorge L. Alonso in Room 1219 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' Motion to Withdraw as Counsel.

Dated: January 22, 2018

                                                                                                        Respectfully submitted,

                                                           By *Patrick Muench*_____
                                                           John W. Barrett
                                                           jbarrett@baileyglasser.com
                                                           Eric B. Snyder
                                                           esnyder@baileyglasser.com
                                                           Katherine E. Charonko
                                                           kcharonko@baileyglasser.com
                                                           Mary P. Statler
                                                           mstatler@baileyglasser.com

BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110

Patrick Muench (#6290298)
pmuench@baileyglasser.com
BAILEY & GLASSER, LLP
3930 N. Lowell Avenue
Chicago, IL 60641
Telephone: (847) 899-1646
Fax: (304) 342-1110

*Attorneys for Plaintiffs Beth Berarov and Annelisa Bindra, and the Proposed Class And Illinois Sub-Class*

## CERTIFICATE OF SERVICE

I, Patrick O. Muench, hereby certify that on this 22nd day of January 2018, a copy of the foregoing Plaintiffs' Notice of Motion was served upon Defendant's counsel by filing electronically using the Court's CM/ECF system:

>Stephen V. D'Amore
>Patrick R. O'Meara
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601
>Phone: (312) 558-5600
>Facsimile: (312) 558-5700
>Email: sdamore@winston.com
>Email: pomeara@winston.com
>
>Andrew C. Nichols
>WINSTON & STRAWN LLP
>1700 K Street, N.W.
>Washington, DC 20006
>Phone: (202) 282-5000
>Facsimile: (202) 282-5100
>Email: anichols@winston.com

>>_/s/ Patrick O. Muench_____
>>Patrick O. Muench