IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**BETH BERAROV and ANNELISA BINDRA,**
**Individually, and on behalf of all others similarly situated,**

    **Plaintiffs/Class Representatives,**

v.                                                    No. 1:16-CV-07355
                                                            Hon. Jorge L. Alonso

**ARCHER-DANIELS-MIDLAND COMPANY, and**
**ADM ALLIANCE NUTRITION, INC.,**

    **Defendants.**

## PLAINTIFFS' JURISDICTIONAL STATEMENT

1. On December 18, 2018, this Court entered its Order (Dkt. 41) requiring that plaintiffs file a jurisdictional statement no later than January 4, 2019 supplementing the jurisdictional allegations contained in plaintiffs' complaint.

2. In response to this Court's Order, plaintiffs respond as follows:

3. Plaintiffs filed their complaint against the defendants, Archer-Daniels-Midland Company and ADM Alliance Nutrition, Inc. (collectively, "ADM"), on July 19, 2016. (Dkt. 1).

4. On July 19, 2016, Plaintiff Beth Berarov resided in and was a citizen of the State of Michigan, as she intended to live in the long run in the State of Michigan. Ms. Berarov's home was situate in Carleton, Michigan. Ms. Berarov continues to live and intends to live in the long run in the State of Michigan.

5. On July 19, 2016, Plaintiff Annelisa Bindra resided in and was a citizen of the State of South Carolina, as she intended to live in the long run in the State of South Carolina. Ms.

Bindra's home was situate in Fripp Island, South Carolina. Ms. Bindra continues to live and intends to live in the long run in the State of South Carolina.

6. Defendant Archer-Daniels-Midland Company is a worldwide food processing corporation. It is incorporated in Delaware, with a principal place of business in Chicago, Illinois.

7. Defendant ADM Alliance Nutrition, Inc. is a wholly-owned subsidiary of ADM. It is an Illinois corporation with a principal place of business in Quincy, Illinois. ADM produces, manufactures, advertises, distributes, and markets equine feeds and nutritional supplements through Alliance Nutrition.

8. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(d)(2) because at least one class member is a citizen of a state different from the Defendants, there are over 100 class members, and the matter in controversy exceeds the sum or value of $5 million.

9. Venue is proper here under 28 U.S.C. § 1391 because (a) the Defendants have manufactured for sale, marketed, advertised and sold equine feed and nutritional supplements in this district; (b) a substantial part of the events, misrepresentations, deceptive practices, omissions and injuries giving rise to the claims occurred in this district, and (c) conduct that is the subject of the lawsuit occurred in this district.

January 4, 2019

Respectfully submitted,

By *Patrick O. Muench*\
John W. Barrett\
jbarrett@baileyglasser.com\
Eric B. Snyder\
esnyder@baileyglasser.com\
Katherine E. Charonko\
kcharonko@baileyglasser.com\
Mary P. Statler\
mstatler@baileyglasser.com\
BAILEY & GLASSER, LLP\
209 Capitol Street

Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110

Patrick Muench (ILSB #6290298)
pmuench@baileyglasser.com
BAILEY & GLASSER, LLP
3930 N. Lowell Avenue
Chicago, IL 60641
Telephone: (847) 899-1646
Fax: (304) 342-1110

*Attorneys for Plaintiffs Beth Berarov and Annelisa Bindra, and the Proposed Class And Illinois Sub-Class*

## CERTIFICATE OF SERVICE

I, Patrick O. Muench, hereby certify that on this 4th day of January 2019, a copy of the foregoing Plaintiffs' Jurisdictional Statement was served upon Defendant's counsel by filing electronically using the Court's CM/ECF system:

>Stephen V. D'Amore
>Patrick R. O'Meara
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601
>Phone: (312) 558-5600
>Facsimile: (312) 558-5700
>Email: sdamore@winston.com
>Email: pomeara@winston.com
>
>Andrew C. Nichols
>WINSTON & STRAWN LLP
>1700 K Street, N.W.
>Washington, DC 20006
>Phone: (202) 282-5000
>Facsimile: (202) 282-5100
>Email: anichols@winston.com

>_/s/ Patrick O. Muench_____
>Patrick O. Muench